IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAILLARD KING,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOLANO STATE PRISON MEDICAL FACILITY,<br><br>    Defendant. | No. C 08-2960 TEH (PR)<br><br>ORDER OF TRANSFER<br><br>(Docket No. 6) |

       Plaintiff, a prisoner of the State of California currently incarcerated at California State Prison Solano in Vacaville, California, has filed a pro se civil rights action regarding his medical care at the prison. Although Plaintiff lists at the top of the complaint "California Prison Health Care Receivership" along with the address of this Court, this office is not located in the United States District Court for the Northern District of California, but is instead located in Sacramento. However, Plaintiff does not make any allegations against that office in his complaint. The events or omissions giving rise to the claims set forth here occurred in Solano County, within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in that district. See id. § 1391(b).

       When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is

situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Plaintiff's pending motion (docket no. 6). The Clerk shall transfer this matter forthwith.

SO ORDERED.

DATED:   01/09/09

THELTON E. HENDERSON
United States District Judge

2