IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAILLARD L. KING,

        Plaintiff,                             No. CIV S-09-0118 JAM DAD P

    vs.

SOLANO STATE PRISON MEDICAL FACILITY,

        Defendant.                    ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2009 and February 17, 2009, plaintiff filed requests for an extension of time to file his application to proceed in forma pauperis as ordered by the court on January 16, 2009.

        On February 23, 2009, plaintiff filed his application; however, the application is incomplete because plaintiff did not attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action. See 28 U.S.C. § 1915(a)(2). It appears from plaintiff's requests for extensions of time, that he has been attempting to obtain the trust account statement. Therefore, plaintiff will be granted thirty days to submit a certified copy of his prison trust account statement for the relevant six-month period.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 10, 2009 and February 17, 2009 (Docket Nos. 14 & 15) requests for an extension of time to file his application to proceed in forma pauperis are granted nunc pro tunc; and

2. Plaintiff shall complete the attached Notice of Submission of Document and submit it to the court, within thirty days from the service of this order, with a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: March 2, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
king0118.3c.new

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MAILLARD L. KING,
11           Plaintiff,              No. CIV S-09-0118 JAM DAD P
12      vs.
13  SOLANO STATE PRISON MEDICAL      NOTICE OF SUBMISSION
    FACILITY,
14                                   OF DOCUMENT
         Defendant.
15  _____/
16           Plaintiff hereby submits the following document in compliance with the court's
17  order filed _____:
18           __1__ certified trust account statement for the six-month period preceding the
19               filing of this action.
20  DATED: _____.
21
22
                                                 _____
23                                                              Plaintiff
24
25
26