IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAILLARD L. KING,

        Plaintiff,                 No. CIV S-09-0118 JAM DAD P

    vs.

SOLANO STATE PRISON MED. FACILITY,

        Defendants.          ORDER
_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 6, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 28, 2009 application for an extension of time (Doc. No. 22) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: May 1, 2009.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:mp
king0118.36amc