IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAILLARD L. KING,

      Plaintiff,                    No. CIV S-09-0118 JAM DAD P

    vs.

SOLANO STATE PRISON MED. FACILITY,

      Defendant.           <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Plaintiff's June 30, 2009 motion to dismiss this action (Doc. No. 27) is granted; and

          2. This action is dismissed.

DATED: October 7, 2009.

                                              */s/ Dale A. Drozd*
                                              DALE A. DROZD
DAD:4                                        UNITED STATES MAGISTRATE JUDGE
king0118.59